IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO RUSHING,<br>No. R22961, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   Case No. 15-cv-00286-SMY<br>) |
| SUSAN KERR, and<br>DR. MATTICKS, | )<br>)<br>) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

On March 13, 2015, Plaintiff Rushing, an inmate in the custody of the Illinois Department of Corrections, housed at Robinson Correctional Center, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). By Order dated April 13, 2015, the Court concluded that the complaint, as drafted, failed to state a colorable constitutional claim (Doc. 10).

Plaintiff was directed to file an amended complaint by May 1, 2015 (Doc. 10). He was forewarned that failure to file a proper complaint by the prescribed deadline would result in the dismissal of this action, and that such a dismissal would count as one of his allotted "strikes" under the provisions of 28 U.S.C. § 1915(g) (Doc. 10).

Plaintiff has not filed a complaint and the deadline for doing so has passed. It appears that Plaintiff has abandoned this action.

**IT IS THEREFORE ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with a court order and

failure to prosecute this action. Furthermore, this action is deemed frivolous for purposes of Section 1915(g); therefore Plaintiff will be allotted a **STRIKE** under the provisions of 28 U.S.C. § 1915(g). Judgment shall enter accordingly and this case will be closed.

**IT IS FURTHER ORDERED** that Plaintiff remains obligated to pay the filing fee. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS SO ORDERED.**

**DATED: May 22, 2015**

                                                      s/ STACI M. YANDLE
                                                      **UNITED STATES DISTRICT JUDGE**